## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KONSTANTINOS APOSTOLOU** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 16-4812** |
| **v.** | : | |
| | : | |
| **CIYT OF PHILADELPHIA** | : | |
| *Defendant* | : | |

# O R D E R

       **AND NOW**, this 31st day of July 2019, upon consideration of Defendant's *motion in limine to exclude non-relevant evidence*, [ECF 70], and Plaintiff's response in opposition thereto, [ECF 76], it is hereby **ORDERED** that the motion is **GRANTED**, *in part*, and Plaintiff is precluded from introducing or referencing the following evidence at trial in this matter:

1. By agreement, testimony by or reference to Andre Boyer;

2. Any social media posts by Sgt. Jay McLain; and

3. Plaintiff's good deeds, achievements, certificates, or letters of commendation after October 31, 2016.

       However, the motion is **DENIED** as to Defendant's request to preclude Plaintiff from introducing evidence or referencing the following evidence at trial:

1. The lawsuit filed by Sgt. Jay McLain against Plaintiff, Defendant, and others, Case No. 180602643 in the First Judicial District of Pennsylvania; and

2. Allegations of workplace misconduct by Sgt. Jay McLain other than those made by Plaintiff prior to October 31, 2016.

       It is further **ORDERED** that Plaintiff's request for oral argument on the motion is **DENIED**.

                     **BY THE COURT:**


                     */s/ Nitza I. Quiñones Alejandro*
                     **NITZA I. QUIÑONES ALEJANDRO**
                     *Judge, United States District Court*